IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PROGRESSIVE DIRECT INSURANCE
COMPANY d/b/a PROGRESSIVE
NORTHERN INSURANCE COMPANY,

      Plaintiff,

v.                                                      No. CIV 16-1288 GBW/WPL

UNITED STATES OF AMERICA,

      Defendant.

## **STIPULATION OF DISMISSAL**

      The Parties, by their undersigned attorneys, hereby stipulate and agree that this action is dismissed with prejudice, with the parties to bear their own costs.

      This Stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

      Respectfully submitted,

      PROGRESSIVE DIRECT INSURANCE
      COMPANY d/b/a PROGRESIVE NORTHERN
      INSURANCE COMPANY

      *Approved electronically*
      */s/ Jason P. Gubbins 1/6/17*
      Jason P. Gubbins, Esq.
      Faber and Brand, LLC
      P.O. Box 10110
      Columbia, MO    65205
      jpg@faberandbrand.com
      Counsel for Plaintiff

DAMON P. MARTINEZ
United States Attorney

*/s/ Michael H. Hoses 1/6/17*
MICHAEL H. HOSES
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274; Fax (505) 346-7205
Michael.hoses@usdoj.gov
Counsel for Defendant